# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GELBER ALBEIRO VARGAS RUBIANO, | Case No. 1:26-cv-01558-KES-SKO-HC |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO ENTER DISMISSAL AND CLOSE THE CASE |
| v. | |
| KRISTI NOEM, et al., | |
| Respondents. | |

On March 10, 2026, Petitioner filed a Notice of Voluntary Dismissal pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i). (Doc. 13.) Rule 41(a)(1)(A)(i) provides that "the [petitioner] may dismiss an action without a court order by filing: a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." In this case, Respondent has not filed an answer or motion to dismiss. Therefore, under Rule 41(a)(1), the petition must be dismissed without prejudice.

Accordingly, the Clerk of Court is directed to enter dismissal and close the case.

IT IS SO ORDERED.

Dated:  __**March 11, 2026**__          ____/s/ *Sheila K. Oberto*____
UNITED STATES MAGISTRATE JUDGE

1